Jean L. O. De LAROCQUE v. STATE. (No. 8090.) (Court of Criminal Appeals of Texas. Jan. 9, 1924.) Appeal from Criminal District Court, Dallas County; Felix D. Robertson, Judge. Shelby S. Cox, Crim. Dist. Atty., of Dallas, Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J. The conviction is for bigamy; punishment fixed at confinement in the penitentiary for a period of five years. The record is before us without statement of facts or bills of exception. The indictment is regular. No fundamental error has been pointed out or discovered. The judgment is affirmed.

---

Jake DUDLEY v. STATE. (No. 8195.) (Court of Criminal Appeals of Texas. Jan. 23, 1924.) Appeal from District Court, Anderson County; W. R. Bishop, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J. The conviction is for the manufacture of intoxicating liquor; punishment fixed at confinement in the penitentiary for a period of one year. The indictment is regular. The record is before us without bills of exceptions or statement of facts. The judgment is affirmed.

---

Milton EDWARDS v. STATE. (No. 8343.) (Court of Criminal Appeals of Texas. Jan. 30, 1924.) Appeal from Criminal District Court, Travis County; James R. Hamilton, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J. The offense is perjury; punishment fixed at confinement in the penitentiary for a period of two years. No statement of facts accompanies the record, nor is there complaint of any ruling of the trial court presented by bill of exceptions. No fundamental error is perceived. The judgment is affirmed.

---

Robert EMERSON v. STATE. (No. 8172.) (Court of Criminal Appeals of Texas. Jan. 16, 1924.) Appeal from Criminal District Court No. 2, Dallas County; C. A. Pippen, Judge. Shelby S. Cox, Crim. Dist. Atty., of Dallas, and Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

LATTIMORE, J. Appellant was convicted in criminal district court No. 2 of Dallas county of the offense of burglary, and his punishment fixed at ten years in the penitentiary. The indictment correctly charges the offense, and the law of the case was stated in the charge of the court, and, there being no error in the record, an affirmance is ordered.

---

Herbert FORTUNE v. STATE. (No. 8272.) (Court of Criminal Appeals of Texas. Jan. 23, 1924.) Appeal from District Court, Cass County; Hugh Carney, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

LATTIMORE, J. Appellant was convicted in the district court of Cass county upon his plea of guilty of the offense of selling intoxicating liquor, and his punishment fixed at one year in the penitentiary. There is neither statement of facts nor bills of exception in the record, and, the indictment and charge of the court appearing in conformity with law, an affirmance must be ordered.

---

T. E. FRIDAY v. STATE. (No. 8287.) (Court of Criminal Appeals of Texas. Jan. 30, 1924.) Appeal from District Court, Rusk County; C. L. Brachfield, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

LATTIMORE, J. Upon his plea of guilty in the district court of Rusk county to the offense of selling intoxicating liquor appellant was given a sentence of one year in the penitentiary. There is in the record neither bills of exception nor statement of facts. The indictment, charge of the court, judgment and sentence are in conformity with law, and, there being no error in the record, an affirmance will be ordered.

---

Jess FURL v. STATE. (No. 8274.) (Court of Criminal Appeals of Texas. Jan. 30, 1924.) Appeal from District Court, Collin County; F. E. Wilcox, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

HAWKINS, J. The conviction is for the unlawful transportation of intoxicating liquor, with punishment fixed at one year in the penitentiary. No statement of facts or bills of exception appear in the record; therefore nothing is presented for review. The judgment is affirmed.

---

Willie GEISINGER v. STATE. (No. 8319.) (Court of Criminal Appeals of Texas. Jan. 30, 1924.) Appeal from District Court, Montgomery County; J. L. Manry, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

LATTIMORE, J. Upon his plea of guilty, appellant was adjudged guilty of manufacturing intoxicating liquor, in the district court of Montgomery county, and a penalty of one year in the penitentiary given him. The record is before us without any statement of facts or bills of exception, and, the indictment and charge of the court being in conformity with law, an affirmance is ordered.